UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

V.                                            CASE ACTION NO: 3-12-cv-455-S

*Electronically filed*

TEN THOUSAND TWENTY-SEVEN DOLLARS ($10,027.00)
IN UNITED STATES CURRENCY.                                          DEFENDANT

### VERIFIED COMPLAINT
### FOR FORFEITURE IN REM

The United States of America, by counsel, David J. Hale, United States Attorney for the Western District of Kentucky, and Amy M. Sullivan, Assistant United States Attorney, brings this complaint and alleges as follows:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: Ten Thousand Twenty-Seven Dollars ($10,027.00) in United States currency.

### JURISDICTION AND VENUE

2. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property under 21 U.S.C. § 881(a)(6). This Court has jurisdiction over forfeiture actions commenced by the United States pursuant to 28 U.S.C. § 1345 and 28 U.S.C. § 1355(a).

3. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, because the defendant property was found in the Western District of Kentucky and because the acts or omissions giving rise to the forfeiture occurred in this district.

## **THE DEFENDANT IN REM**

5. The defendant is: Ten Thousand Twenty-Seven Dollars in United States Currency ($10,027.00). On or about November 10, 2011, officers with the Louisville Metro Police Department seized the defendant property from Anthony Hampton. The Drug Enforcement Administration ("DEA") began administrative forfeiture proceedings against this property, during which Anthony Hampton filed the only claim (received by DEA on or about January 30, 2012). The defendant property is currently in the custody of the United States Marshals Service. By agreement of the counsel for Mr. Hampton, David Lambertus, the parties extended the complaint deadline to August 1, 2012.

## THE LAW

6. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes: 1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substance Act (21 U.S.C. §§ 841 and 846); 2) proceeds traceable to such an exchange; and 3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act.

## SUMMARY OF RELEVANT FACTS

7. The facts and circumstances supporting the seizure and forfeiture of the defendant property are set forth in the affidavit of DEA Task Force Officer William Waters, which is attached hereto as Exhibit "A", and incorporated in its entirety herein by reference.

## CLAIM FOR RELIEF

8. The defendant property is money furnished or intended to be furnished in exchange for a controlled substance (or traceable thereto) and/or represents money used or intended to be used to facilitate a violation of the Controlled Substance Act. Consequently, the defendant property is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the plaintiff respectfully requests:

1. that the Court issue a warrant for the arrest and seizure of the defendant property;
2. that notice of this action be given to all persons known or thought to have an interest in or right against the property;
3. that the defendant property be forfeited and condemned to the United States of America;
4. that the plaintiff be awarded its costs and disbursements in this action; and
5. for such other and further relief as this court deems proper and just.

Respectfully submitted,

DAVID J. HALE
United States Attorney

s/Amy M. Sullivan
AMY M. SULLIVAN
Assistant U.S. Attorney
Western District of Kentucky
510 West Broadway, 10th Floor
Louisville, KY 40202
(502) 582-5911
(502) 582-5067 (fax)
amy.sullivan@usdoj.gov

## **VERIFICATION**

I, William Waters, am a Task Force Officer with the Drug Enforcement Administration. I have read the foregoing Verified Complaint for Forfeiture *In Rem* (including any attachments thereto) and under penalty of perjury, hereby assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement agents.

**TFO William Waters**

Dated: 8-01-12

Subscribed and sworn to before me this 1st day of Aug, 2012.

Notary Public
My Commission expires: 11/29/2014