UNITED STATES DISTRICT COURT
WESTERN DISTRICT of KENTUCKY

**AFFIDAVIT IN SUPPORT OF CIVIL FORFEITURE COMPLAINT**

I, William Waters, being duly sworn, deposes and states as follows:

1. I, William Waters, am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have been employed by the Louisville Metro Police Department (LMPD) for fourteen years and am presently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer at the Louisville District Office. In connection with my official DEA duties, I investigate criminal violations of state and federal narcotics laws, including, but not limited to violations of Title 21, United States Code, Sections 841, 843, 846 and 848. I have received specialized training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. I have testified in judicial proceedings and prosecutions for violations of controlled substance laws. I also have been involved in various types of electronic surveillance, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking.

2. This affidavit is based upon my personal knowledge and upon information reported to me by Federal and local law enforcement officers and others with knowledge of the facts of this case.

3. Detectives had received an anonymous complaint that a subject by the name of Tony HAMPTON was trafficking in large quantities of anabolic steroids. The complaint further stated that HAMPTON frequented the Fitness Factory Gym on Breckinridge Lane and that HAMPTON drove an orange Dodge Charger.

4. On November 9, 2011, Detectives began surveillance on an orange Dodge Charger observed in front of the above stated gym. HAMPTON was observed leaving the gym and entering the vehicle and proceeding to a Subway and then to a residence located on Danny Court, Louisville, KY.

5. On November 10, 2011, Detective Jeff Lee continued surveillance and observed the 2008 orange Dodge Charger exceeding the posted speed limit. Detective David Haight conducted a traffic stop. After stopping the Dodge Charger, the driver was identified as Anthony HAMPTON, who also was the listed registered owner.

6. After stopping the Dodge Charger, Narcotics K9 Detective Derrick Payne presented his drug canine Marco to inspect the Dodge Charger. Unit drug canine, Marco, and handler, Detective Payne, have received extensive training and experience in the detection of controlled substances by scent. The drug canine is reliable and certified in the detection of controlled substances. The drug canine alerted to the scent of controlled substances on the trunk section of the Dodge Charger. Officers asked HAMPTON what was in the trunk and HAMPTON replied "Maybe some steroids".

7. Officers received a signed consent to search form from HAMPTON, authorizing officers to search the Dodge Charger and the contents within the vehicle. Detective Jeff Lee located and seized from the vehicle trunk 1200 steroid pills, 127 vials of liquid steroids, 151.8 grams of liquid steroids, 28 oxymetholone pills, 18.5 unknown white pills and $9,100.00 US Currency sorted in $1000 and $500 rolls in a separate bag next to the steroids. Detective Lee also located and seized $927.00 US Currency from HAMPTON'S person. The $10,027.00 US Currency seized from HAMPTON was transported by Detective Jeff Lee, as witnessed by Detective Derrick Payne, to the Louisville Metro Police Department Property Room for safekeeping per departmental policies and procedures. HAMPTON was detained and transported to the 7th division station where he waived his rights and agreed to answer Detective Lee's questions. HAMPTON admitted to ownership of all the evidence and admitted to trafficking anabolic steroids. HAMPTON was then transported to Louisville Metro Department of Corrections for judicial processing.

8. HAMPTON has been charged with a felony charge of trafficking in a controlled substance (anabolic steroids), possession of drug paraphernalia, and speeding. In addition, on May 13, 2012, HAMPTON was charged with another felony: 2nd degree trafficking in a controlled substance (anabolic steroids), possession of a controlled substance 1st degree, and possession of drug paraphernalia. These cases are pending in Jefferson County District Court and the next scheduled court date is September 19, 2012.

Your affiant believes that based on the above facts detailed within this Affidavit, there is probable cause to believe that the $10,027.00 seized on November, 10, 2012 represents proceeds of drug trafficking in violation of Title 21 USC §§ 841(a)(1) and 846 (or traceable thereto); and/or constitutes property which was used, intended to be used, in any manner or any part, to commit, or to facilitate the commission of Title 21 USC §§ 841(a)(1) and 846, that is possessing with intent to distribute a controlled substance, punishable by more than one year's imprisonment. Consequently, the currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

William Waters, Task Force Officer
Drug Enforcement Administration